THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MYRON D. LIPES, Appellant.— Defendant appeals from a judgment of conviction of the crime of abortion. Evidence indicating his guilt was given by the victim, her sister and her paramour. The latter testified that he paid defendant twenty-five dollars, the price asked for the illegal operation. A police officer testified to a statement by defendant from which an inference of guilt might be drawn. The defense consisted of a denial by defendant, who stated that he treated the girl for a leucorrhea. The girl had admitted that her paramour had kicked her in the abdomen and had delivered to her pills and medicines intended to produce an abortion. The paramour admitted giving her the medicines. Defendant expressed it as his opinion that the discharge for which he treated the girl was caused by the pills and the bruises and inflammation resulting from the kick. Other medical testimony was to the effect that a discharge might be produced in the manner asserted by the defendant. Good character of the defendant was established by six witnesses. The court permitted undue latitude in the cross-examination of the defendant. In view of the close issue of fact the errors may not be disregarded. ᢺ *People* v. *Morrison*, 194 N. Y. 175.) Judgment of conviction reversed, on the law and facts, and new trial directed. Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ., concur.

## (January 20, 1937.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL BASILE and WILLIAM KELLY, Also Known as GEORGE KELLY, Appellants.— Motion to vacate decision handed down November 20, 1936 [*ante*, p. 697], which extended appellants' time one year within which to perfect their appeal, and also annulled, vacated and set aside decision handed down May 31, 1934, and the order entered thereon, June 26, 1934, dismissing the appeal of the appellants granted. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of CARRIE HUNGERFORD, Respondent, against A. L. SHANER & COMPANY and STATE INSURANCE FUND, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Employee injured while sharpening saws for his employer. Employee was not an independent contractor. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.